```
 1
 2
 3
 4
 5
 6
 7
```

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GARY EDWIN SHAW, | ) | NO. CV 07-7213-DDP(E) |
|  Petitioner, | ) | |
| v. | ) | JUDGMENT |
| K. PROSPER, Warden, | ) | |
|  Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED:  __May 12, 2010__.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE